UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:20-CR-210-BO-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAVIER TIJERINA | ORDER |

Defendant Javier Tijerna's motion to present the witness testimony of Aaron Lamont Williams by video at his trial is GRANTED.

IT personnel for the courtroom and the IT personnel for FMC Butner shall coordinate so that Mr. Williams may testify when called by Mr. Tijerina as a witness on Tuesday, April 27, 2021 or Wednesday, April 28, 2021.

IT IS SO ORDERED.

This ___ day of April, 2021.

TERRENCE W. BOYLE
United States District Judge